AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | **SEALED** |
| v. | ) | |
| Andrew Todd Strome | ) | Case No. 3:26-mj-00011 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 14, 2026 in the county of Marion in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threats to Federal Law Enforcement Officer |
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

See attached Affidavit from FPS SA Stephanie O'Neal, incorporated hereto.

☑ Continued on the attached sheet.

/s/ Stephanie O'Neal via Telephone
*Complainant's signature*

Stephanie O'Neal, FPS SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 11:41 a.m.

Date: January 22, 2026

*Judge's signature*

City and state: Portland, Oregon    Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*