# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-__00033-SI__ |
| v. | **INDICTMENT** |
| ANDREW TODD STROME, | 18 U.S.C. § 115(a)(1)(B); |
| | 18 U.S.C. § 111(a)(1) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Threats on a Federal Law Enforcement Officer)
### (18 U.S.C. § 115(a)(1)(B))

On or about January 14, 2026, in the District of Oregon, defendant **ANDREW TODD STROME**, threatened to assault and murder a federal law enforcement officer, Adult Victim 1 (AV1), a security officer employed by the Federal Protective Services, and a person designated in Title 18, United States Code, Section 1114, with the intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with the intent to retaliate against such official on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

///

///

Indictment                                                                                                  Page 1

## COUNT 2
### (Assault on a Federal Employee)
### (18 U.S.C. § 111(a)(1))

On or about January 14, 2026, in the District of Oregon, defendant **ANDREW TODD STROME**, knowingly and forcibly assaulted Adult Victim 1 (AV1), a security officer employed by the Federal Protective Services, and a person designated in Title 18, United States Code, Section 1114, while AV1 was engaged in and on account of the performance of his/her official duties,

In violation of Title 18, United States Code, Section 111(a)(1).

Dated: February 18, 2026

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

_____
ARIN C. HEINZ, MIB #P80252
Assistant United States Attorney